UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  0:24-cv-60020-LEIBOWITZ/Valle

AGAPE AIM CENTERS, LLC and
1164 OAKLAND PARK BLVD, LLC,

    *Plaintiffs*,

v.

CITY OF OAKLAND PARK, FLORIDA,

    *Defendant*.

_____/

## ORDER

    **THIS CAUSE** is before the Court on the Final Mediation Report by Mediator Arthur Schofield reporting that this case has settled in full.  [ECF No. 28].  The parties are hereby directed to file a stipulation of dismissal of all claims signed by all parties pursuant to Rule 41(a) of the Federal Rules of Civil Procedure within sixty (60) days from the date of this Order.  If such papers are not filed within the time specified, this matter will be dismissed and the Court will be divested of jurisdiction to enforce the settlement agreement.

    The **Clerk of Court** is INSTRUCTED to ADMINISTRATIVELY CLOSE this case.  All pending motions, if any, are **DENIED AS MOOT**.

    **DONE AND ORDERED** in the Southern District of Florida on May 6, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record